FILED: June 30, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4352
(2:22-cr-00110-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

RHONDA NOTGRASS

        Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court seals exhibits C and D to appellant's memorandum opening brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk