FILED: August 9, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4352
(2:22-cr-00110-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RHONDA NOTGRASS

    Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wynn, Judge Thacker, and Judge Rushing.

                For the Court

                /s/ Patricia S. Connor, Clerk